RN/USAO#2013R00254

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | *  Criminal No. ELH-14-0594 |
| v. | * |
| | *  (Health Care Fraud, 18 U.S.C. § 1347; |
| KATHRYN INYANG | *  Aiding and Abetting, 18 U.S.C. § 2) |
| Defendant | * |

*******

## INFORMATION

The United States Attorney for the District of Maryland charges that:

At all times material to this Information,

1. **KATHRYN INYANG** was the owner and President of Trinity Health Care Services, Inc. ("Trinity"), a Maryland corporation. Trinity operated at 4701 Belair Road, Baltimore, Maryland (Baltimore City), 4861 Tesla Drive, Suite F, Bowie, Maryland (Prince George's County), and 2211 Commerce Road, Suite 6, Forest Hill, Maryland (Harford County).

2. Trinity became a provider for services under Maryland Medicaid effective January 11, 2006. On March 16, 2006, Trinity began to deliver services under the Maryland Autism Waiver Program. Maryland's Autism Waiver Program ("Program") allows eligible children with autism spectrum disorder to receive necessary services until age 21 so that they may remain in their homes and communities. Program providers submit bills to the State of Maryland Medicaid program ("Medicaid"), which pays for the services with federal and state funds.

3. Medicaid is a health care benefit program under 18 U.S.C. § 24(b). Medicaid reimburses only for reasonable and necessary services actually rendered and billed for the type and level of services and for the amount of time actually rendered by technicians. Medicaid will only pay providers who have completed and signed a Medicaid provider application and have obtained a Medicaid provider number.

4. Services to be rendered are determined for each Program participant based on a plan of care developed by a multidisciplinary team. Under the Code of Maryland Regulations ("COMAR"), four categories of Program services are covered by Medicaid: Therapeutic Integration, Intensive Individual Support Services, Respite, and Family Training. For each type of service, COMAR 10.09.56 specifies the activities and purpose, the maximum participants per technician, and the maximum number of reimbursable hours.

### The Scheme to Defraud

5. Beginning in or about mid-April 2007 and continuing through in or about September 2012, in the State and District of Maryland, the defendant,

**KATHRYN INYANG,**

knowingly and willfully devised and intended to devise a scheme and artifice to defraud Medicaid, and to obtain from Medicaid money and property by means of material false and fraudulent pretenses, representations, and promises, well knowing that the pretenses, representations, and promises would be and were false when made, as set forth more fully below.

6. It was part of the scheme and artifice to defraud that **KATHRYN INYANG** knowingly created or directed and caused others to create false records for services that were either not rendered at all or were not rendered for the type and level of service and for the amount of time billed to Medicaid.

7. It was part of the scheme and artifice to defraud that **KATHRYN INYANG** knew that she caused claims for services to be submitted to Medicaid that were either not rendered at all or were not rendered for the type and level of service and for the amount of time billed to Medicaid.

8. It was further part of the scheme and artifice to defraud that **KATHRYN INYANG**

2

caused Medicaid to improperly pay for services that were either not rendered at all or were not rendered for the type and level of service and for the amount of time billed to Medicaid.

9. It was part of the scheme and artifice to defraud that **KATHRYN INYANG** illegally profited from the scheme to fraudulently bill Medicaid for services that were either not rendered at all or were not rendered for the type and level of service and for the amount of time billed.

10. From sometime in or about mid-April 2007 until in or about September 2012, in the State and District of Maryland, the defendant,

**KATHRYN INYANG,**

knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud a health care benefit program, to wit, Medicaid, and to obtain, by means of false and fraudulent pretenses, representations, and promises, any of the money and property owned by, or under the custody and control of a health care benefit program; to wit, she submitted claims for services under Maryland's Autism Waiver Program for which she knew either had not been rendered at all or were not rendered for the type and level of service and for the amount of time billed.

18 U.S.C. § 1347
18 U.S.C. § 2

*/s/ Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney

Date: December 17, 2014

3